**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SONIA AMADOR,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-01653<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME<br><br>ECF No. 13 |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Confidential Letter Brief be extended by 45 days from July 17, 2020, up to and including August 31, 2020. This is Defendant's first extension, and Plaintiff previously requested an extension of time in which to submit her Letter Brief.

Defendant requests additional time because the currently assigned attorney is out on extended leave. Defendant respectfully requests the time so that the case may be re-assigned and the new attorney can have sufficient time to carefully review the record and Plaintiff's issues. Defendant apologizes to the Court and to Plaintiff for missing the July 17, 2020 response date.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|     |                          |     |                                                              |
| --- | ------------------------ | --- | ------------------------------------------------------------ |
|     |                          |     | Respectfully submitted,                                      |
|     | Dated:  August 3, 2020   |     | /s/  *Jonathan Pena*                                         |
|     |                          |     | (*as authorized via e-mail on August 3, 2020)                |
|     |                          |     | JONATHAN PENA                                                |
|     |                          |     | Attorney for Plaintiff                                       |
|     | DATED: August 3, 2020    |     | McGREGOR W. SCOTT                                            |
|     |                          |     | United States Attorney                                       |
|     |                          |     | DEBORAH LEE STACHEL                                          |
|     |                          |     | Regional Chief Counsel, Region IX                            |
|     |                          |     | Social Security Administration                               |
|     |                          | By: | /s/  *Geralyn Gulseth*                                       |
|     |                          |     | GERALYN GULSETH                                              |
|     |                          |     | Special Assistant U.S. Attorney                              |
|     |                          |     | Attorneys for Defendant                                      |

**ORDER**

Per the parties' stipulation, it is hereby ordered that defendant shall have an extension, up to and including August 31, 2020, to respond to plaintiff's confidential letter brief.

IT IS SO ORDERED.

Dated:   August 20, 2020                              _____
                                                                                      UNITED STATES MAGISTRATE JUDGE